FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 11, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIMOTHY E. NATION | No.    4:22-cv-05004-SMJ |
| Petitioner, | **ORDER DENYING PETITION WITHOUT PREJUDICE** |
| v. | |
| SCOTT SOUZA, ANDREW KELVIN MILLER and CRAIG SWENSON, | |
| Respondents. | |

By Order filed January 31, 2022, the Court advised Petitioner Timothy E. Nation, a prisoner at the Benton County Jail, of the deficiencies of his *pro se* Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 and directed him to amend within sixty days. ECF No. 10. Petitioner has paid the $5.00 filing fee. Respondents have not been served.

Petitioner was cautioned that his failure to comply with the Order to Amend Petition would result in the denial of his petition. *Id.* at 7. Petitioner did not comply by the due date of April 1, 2022. Consequently, the Petition is denied without prejudice for failure to exhaust state court remedies. *See Braden v. 30th Jud. Cir.*

ORDER DENYING PETITION WITHOUT PREJUDICE – 1

*Ct.*, 410 U.S. 484, 489–93 (1973); *Carden v. Montana*, 626 F.2d 82, 83–84 (9th Cir. 1980).

Accordingly, **IT IS HEREBY ORDERED**:

1.    The Petition, ECF No. 1, is **DENIED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

2.    The Clerk's Office is directed to **ENTER JUDGMENT** and **CLOSE** the file.

3.    The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith and there is no basis upon which to issue a certificate of appealability. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability is therefore **DENIED**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to *pro se* Petitioner at his last known address.

**DATED** this 11th day of April 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DENYING PETITION WITHOUT PREJUDICE – 2