AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 11, 2022**

SEAN F. McAVOY, CLERK

TIMOTHY E. NATION

*Plaintiff*

v.

SCOTT SOUZA, ANDREW KELVIN MILLER and CRAIG SWENSON

*Defendant*

Civil Action No. 4:22-cv-05004-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Petition, ECF No. 1, is DENIED WITHOUT PREJUDICE for failure to exhaust state court remedies; An appeal from this decision could not be takedn in good faith and there is no basis upon which to issue a certificate of appealability; certificate of appealability is DENIED pursuant to 28 U.S.C. § 1915(a)(3).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza Jr.

Date: 04/11/2022

*CLERK OF COURT*

SEAN F. McAVOY

s/ Mishani Jack-Gonzalez
*(By) Deputy Clerk*

Mishani Jack-Gonzalez